**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

JACQUELINE FLYNN,

    Plaintiff,

v.                            Case No. 6:23-cv-01890-PGB-DCI


THERMACELL REPELLENTS, INC. and
LOWE'S HOME CENTERS, LLC,

    Defendants.

_____/

### Thermacell's Amended Notice of Removal To Federal Court

The defendant, Thermacell Repellents, Inc. ("**Thermacell**"), through counsel and under 28 U.S.C. §§ 1332, 1441, and 1446 and Middle District Rule 1.06, timely amends, by attaching inadvertently omitted **Exhibit "D,"** its notice of removing of this case from the Circuit Court for Orange County, Florida, to this Court, the Orlando Division of the United States District Court for the Middle District of Florida, based on diversity jurisdiction first established by the document production of the plaintiff, Jacqueline Flynn ("**Flynn**"), served less than thirty (30) days ago on September 7, 2023. *See Cohen v. Herick*, No. 8:14-CV-2969-T, 2015 WL 12820463 at *2 (M.D. Fla. 2015); *Greene v. Southwest Airlines Co.*, No. 8:10-CV-1552-T, 2010 WL 11629192 at *1 (M.D. Fla. 2010) (Deficiencies in removal notice may be corrected by amendment within 30-day removal period).

8AT1372.DOC

1.     Under 28 U.S.C. §§ 1332 (a), 1441 (a) and (b), and 1446 (a), (b), (c), and (d), Thermacell gives notice that Flynn's civil lawsuit, filed on May 15, 2023, in the Circuit Court of the Ninth Judicial Circuit in Orange County, Florida, entitled *Jacqueline Flynn, Plaintiff, v. Thermacell Repellents, Inc. and Lowe's Home Centers, LLC, Defendant*s, Case No. 2023-CA-012134, has been removed from the Orange County Circuit Court to this Court, the Orlando Division of the United States District Court for the Middle District of Florida.

2.     Flynn filed her lawsuit in the Circuit Court of the Ninth Judicial Circuit in Orange County, Florida, on May 15, 2023, and served Thermacell with the summons and complaint on June 9, 2023.

3.     Flynn's complaint alleged in paragraph 1 that Flynn is a resident of Orlando, Orange County, Florida.

4.     Flynn's complaint alleged in paragraph 2 that Thermacell "is a corporation organized under the laws of the Commonwealth of Massachusetts, with a principal place of business at 26 Crosby Drive, Bedford, Massachusetts 01730."

5.     Flynn's complaint alleged at paragraph 3 that the co-defendant, Lowe's Home Centers, LLC ("**Lowe's**"), is a limited liability company organized under the laws of North Carolina …."

8AT1372.DOC

6.    Lowe's principal place of business is 1000 Lowes Blvd, Mooresville, North Carolina 28117.  *See* **Lowe's annual report** filed with the North Carolina Secretary of State for 2023, attached as **Exhibit "A."**

7.    Flynn's complaint alleged, at paragraphs 1 and 10 and in Counts I – IV, claims for negligence and strict liability against Thermacell and Lowe's for an allegedly defective product which allegedly caused fire damage to Flynn's house and contents in Orlando, Orange County, Florida on January 21, 2021.

8.    Flynn's complaint at paragraph 4 requested damages exceeding $50,000, the jurisdictional minimum for civil lawsuits filed in Florida Circuit Courts.  *See* Fla. Stat. §§ 26.012 (2)(a) and 34.01(1)(c)3.

9.    On September 7, 2023, Flynn served, and Thermacell's counsel received, Flynn's responses to Thermacell's initial request to produce, with which Flynn produced documents concerning Flynn's homeowners' insurer's investigation and adjustment of Flynn's fire damage claim.  **Page 001956 of Flynn's document production**, attached as **Exhibit "B,"** shows that her homeowners insurer estimated the fire damage at $1,054,664.12, as follows: damage to house – $925,284.21; damage to trees, plants, and shrubs – $11,024.34; debris removal – $45,955; damage to other structures – $72,400.57; and debris removal from other structures – $3,535.  Flynn's fire damage claim, therefore, greatly exceeds the $75,000 minimum required for federal, diversity jurisdiction.

8AT1372.DOC

10.    28 U.S.C. § 1441 (a) and (b) authorize Thermacell to remove Flynn's state court action to this Court because this Court would have had (and continues to have) original, diversity jurisdiction, if Flynn had sued in federal court; neither Thermacell nor Lowe's are Florida residents; and Lowe's has consented to removal.

11.    Complete diversity of citizenship exists because Flynn is a resident of Orange County, Florida; Thermacell and Lowe's are residents of states other than Florida; and Thermacell and Lowe's have their principal places of business in states other than Florida.

12.    The amount in controversy exceeds the $75,000 minimum under 28 U.S.C. § 1332(a) because Flynn's homeowners' insurer has estimated that Flynn's property damage exceeds $1,000,000.

13.    Thermacell has filed this federal notice of removal in the Orlando Division of the Middle District of Florida because the Orlando Division "embrac[es] the place" where Flynn's state court lawsuit is pending.  28 U.S.C. § 1441 (a).

14.    Flynn's state court law lawsuit first became removable under 28 U.S.C. § 1446 (c) on September 7, 2023, when her counsel served on Thermacell's counsel her responses to Thermacell's initial request to produce, with her document production.

- 4 -

8AT1372.DOC

15.    Thermacell is not in default and has timely filed this notice of removal within thirty (30) days after receipt of Flynn's document production showing the amount in controversy exceeding $1,000,000.  28 U.S.C. § 1446 (c).

16.    The co-defendant, Lowe's, has consented to the removal.

17.    Under 28 U.S.C. § 1446 (a) and Middle District Rule 1.06, Thermacell has attached to this notice "a legible copy of each paper docketed in the state court."  *See* **copies of all papers docketed in Orange County Circuit Court case** attached as **Composite Exhibit "C."**

18.    On the date of (and promptly after) filing Thermacell's federal notice of removal, and in accordance with 28 U.S.C. § 1446(d), Thermacell's counsel filed its federal notice in the state court case and served by e-mail the federal and state notices of removal on Flynn's counsel, Lee D. Gunn, IV and John A. Donovan, III, at their designated, e-mail addresses: lgunn@gunnlawgroup.com ; jdonovan@sloanewalsh.com ; and labramson@gunnlawgroup.com .  *See* **notice of removal filed in state court** (without attachments) attached as **Exhibit "D,"** but inadvertently not attached to Thermacell's notice of removal (Doc 1).  Thermacell filed Exhibit "D" (with the attachments) in Orange County Circuit Court as Filing # 182945405 at 5:01:15 PM on September 29, 2023.

Dated this 6th day of October, 2023.

- 5 -

8AT1372.DOC

/s/ David C. Banker
David C. Banker, Esquire
Florida Bar No. 0352977
dbanker@bushross.com
aflowers@bushross.com
BUSH ROSS, P.A.
P.O. Box 3913
Tampa, FL  33601
(813) 224-9255
*Counsel for Thermacell*

8AT1372.DOC

## Lowe's Consent to Removal

Lowe's Home Centers, LLC has consented to Thermacell's foregoing notice, removing Flynn's state court action to this Court, the Orlando Division of the United States District Court for the Middle District of Florida.

/s/ David C. Banker
David C. Banker, Esquire
Counsel for Lowe's Home Centers, LLC
Dated: October 6, 2023

## Certificate Of Service

I certify that I caused the foregoing amended notice of removal to be served on Flynn's counsel by email at the following email addresses on this 6th day of October, 2023:

Lee D. Gunn IV, Esquire
GUNN LAW GROUP, P.A.
401 East Jackson Street, Suite 3600
Tampa, FL 33602
lgunn@gunnlawgroup.com
labramson@gunnlawgroup.com

John A. Donavan, III, Esquire
Sloane and Walsh, LLP
One Boston Place
201 Washington Street, Suite 1600
Boston, MA 02108
(617) 523-6010
jdonovan@sloanewalsh.com
*Counsel for Plaintiff Jacqueline Flynn*

/s/ David C. Banker
David C. Banker, Esquire
Florida Bar No. 0352977
dbanker@bushross.com
aflowers@bushross.com
BUSH ROSS, P.A.
P.O. Box 3913
Tampa, FL 33601
*Counsel for Thermacell*

- 7 -

8AT1372.DOC