# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

| | |
|---|---|
| JACQUELINE FLYNN and AMICA MUTUAL INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>v.<br><br>THERMACELL REPELLANTS, INC. and LOWE'S HOME CENTERS, LLC,<br><br>    Defendants. | Case No.: 6:23-CV-01890-PGB-DC1 |

## Stipulation Requesting Dismissal With Prejudice

In accordance with Middle District Rule 3.09(b) and the Court's closure order (Doc 149), the plaintiffs, Jacqueline Flynn and Amica Mutual Insurance Company, and the defendants, Thermacell Repellents, Inc. and Lowe's Home Centers, LLC, request entry of a final order of dismissal, with prejudice and with the plaintiffs and defendants bearing their own costs and attorney's fees. The parties have attached a proposed dismissal order and have submitted the proposed order in Word.

| | |
|---|---|
| Dated: January 5, 2026 | Dated: January 5, 2026 |
| */s/John A. Donovan* <br>John A. Donovan, III, Esquire<br>Pro Hac Vice<br>jdonovan@sloanewalsh.com | */s/ David C. Banker* <br>David C. Banker, Esquire<br>Florida Bar No. 0352977<br>dbanker@bushross.com |

1

| | |
|---|---|
| bmccarthy@sloanewalsh.com<br>SLOANE & WALSH, LLP<br>201 Washington St., Suite 1600<br>Boston, MA 02108<br>*Counsel for Plaintiffs* | lfowler@bushross.com<br>BUSH ROSS, P.A.<br>P.O. Box 3913<br>Tampa, FL  33601<br>*Counsel for Thermacell and Lowe's* |

## Certificate Of Service

      I certify that I caused the foregoing stipulation for dismissal to be served by electronic service in the U.S. District Court, Middle District of Florida, Orlando Division, which will serve all counsel of record on January 5, 2026, including:

| | |
|---|---|
| Lee D. Gunn IV, Esquire<br>L. Delton Gun V, Esquire<br>GUNN LAW GROUP, P.A.<br>401 E. Jackson Street, Suite 3600<br>Tampa, FL  33602<br>lgunn@gunnlawgroup.com<br>dgunn@gunnlawgroup.com<br>labramson@gunnlawgroup.com<br>mpowell@gunnlawgroup.com<br>*Counsel for Plaintiff* | John A. Donovan III, Esquire<br>SLOAN AND WALSH, LLP<br>One Boston Place<br>201 Washington Street, Suite 1600<br>Boston, MA  02108<br>jdonavan@sloanewalsh.com<br>bmccarthy@sloanewalsh.com<br>*Pro Hac Attorney for Plaintiff* |

                                      */s/David C. Banker*
                                      ATTORNEY