## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

**JACQUELINE FLYNN and**
**AMICA MUTUAL INSURANCE**
**COMPANY,**

**Plaintiffs,**

**v.**                                                    **Case No: 6:23-cv-1890-PGB-DCI**

**THERMACELL REPELLENTS,**
**INC. and LOWE'S HOME**
**CENTERS, LLC,**

**Defendants.**

_____/

## ORDER

This cause is before the Court on the parties' joint Stipulation Requesting Dismissal With Prejudice, filed January 5, 2026. (Doc. 152). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this filing was self-executing. *See Anago Franchising, Inc. v. Shaz*, 677 F.3d 1272, 1278 (11th Cir. 2012). Plaintiffs' claims against Defendants Thermacell Repellents, Inc., and Lowes Home Centers, LLC, are **DISMISSED WITH PREJUDICE**. The Clerk of Court is **DIRECTED** to close the file.

**DONE AND ORDERED** in Orlando, Florida on January 7, 2026.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties